Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JAN 3 1 2007

W. Yvonne Evans, Clerk

By:_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
1340 U. S. COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GA  30303

(404) 215-1000

IN THE MATTER OF:

04-92011-jem Matthew Paul Dunn

04-62849-crm Otis Calvin Hicks

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO:    Citibank USA, N.A., PROPOSED TRANSFEROR and

LVNV Funding LLC, Its Successor And Assigns As Assignee Of Citibank USA, PROPOSED TRANSFEREE

Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above-named case.

Objections to this transfer, if any, must be filed with the Clerk, U. S. Bankruptcy Court, 1340 U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303 within 20 days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated this the ___31st___ day of January, 2007.

_W. Yvonne Evans_____
W. YVONNE EVANS, CLERK
UNITED STATES BANKRUPTCY COURT


c: